**FILED**

03/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0360

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 21-0360

ELGIN FABER and COLLEEN FABER,

                        Appellants/Cross-Appellees,

-vs-

KEITH RATY, COLLEEN RATY, et al,

                        Appellees/Cross-Appellants.

_____

**ORDER GRANTING APPELLANTS' MOTION
FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Pursuant to unopposed motion, and good cause appearing;

IT IS HEREBY ORDERED that Appellants are granted an additional thirty (30) days from March 27, 2022, up to and including April 26, 2022, to file their opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 28 2022